UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARIS VIVIAN,<br><br>      Plaintiff,<br><br>   v.<br><br>PHH MORTGAGE SERVICES et al.,<br><br>      Defendants. | Case No. 5:25-cv-01192-SB-SHK<br><br>ORDER REMANDING CASE TO STATE COURT |

     Plaintiff Charis Vivian filed an amended motion to remand this case to federal court and attached a "Third Amended Verified Complaint" (TAC) that removes all federal claims and deletes all references to federal law. Dkt. No. 32 & Ex. 1. In doing so, she expressly "disclaims" any intent to pursue federal claims and urges prompt remand of the case to avoid prejudice. *Id*. at 1, 6; *see also* Dkt. No. 33 at 1 (same). The TAC improperly purports to be filed in state court. Dkt. No. 32 at 8.

     The Court issued an order to show cause to obtain the defense position on remand in light of Plaintiff's clear intent to pursue only state claims. Defendants state that "the Court should either dismiss the federal claims on the merits or expressly conclude that the filing of her proposed TAC waives any and all federal claims that she has previously alleged," and that Plaintiff should be required to file her proposed TAC with a federal caption. Dkt. No. 35 at 2.

     To avoid delay, the Court grants Plaintiff leave to amend, accepts the TAC, and directs the clerk's office to file the "Third Amended Verified Complaint" (Dkt. No. 32 at 8-12 (Exhibit 1)) with a new docket entry. The Court deems the TAC filed in this federal case and treats it as if it had a federal caption. The Court finds that Plaintiff has expressly disclaimed and abandoned all federal claims in this action. In reliance on that abandonment and waiver, the Court remands the case

forthwith to the San Bernardino County Superior Court. *See Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22, 44 (2025) (holding that a plaintiff's "deletion of all federal claims [in an amended complaint] deprive[s] the District Court of federal-question jurisdiction").

All federal proceedings scheduled for June 27, 2025 are vacated.

Date: June 26, 2025

                                        Stanley Blumenfeld, Jr.
                                        United States District Judge